HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
DYLAN MARTINEZ
Law Student Extern
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MATTHEW CROPLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:24-cr-00206-DAD |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED MOTION |
| | ) | FOR EARLY TERMINATION OF |
| v. | ) | PROBATION |
| | ) | |
| MATTHEW CROPLEY | ) | |
| , | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3564(c), the Court hereby TERMINATES the term of probation imposed in the above-noted case and discharges Mr. Cropley for the reasons set forth in his unopposed Motion.

IT IS SO ORDERED.

Dated:  **March 5, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER - Early Termination of Probation          -1-          *U.S. v. MATTHEW CROPLEY*